## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Appeal of the Lamar Companies    :
From the Decision of the Zoning Hearing    :
Board of East Whiteland Township    :
Dated October 29, 2019    :
    :
Appeal of: The Lamar Companies    :    No. 1308 C.D. 2020

**PER CURIAM**                  **O R D E R**

NOW, April 18, 2022, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is denied.